**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WISCONSIN**

_____

**NORTH CENTRAL STATES REGIONAL COUNCIL**
**OF CARPENTERS' PENSION FUND, and**
**JERRY SHAE (in his capacity as Trustee),**

      **Plaintiffs,**

      **v.**                    **Case No.  15-cv-254**

**DIDRIKSON ROOFING & CONSTRUCTION d/b/a**
**SCOTT DIDRIKSON CONSTRUCTION, INC.,**

      **Defendant.**
_____

## ENTRY OF DEFAULT
_____

The Clerk of Court for the United States District Court for the Western District of Wisconsin, having noted that the Defendant in the above-captioned matter, Didrikson Roofing & Construction d/b/a Scott Didrikson Construction, Inc., has failed to plead or otherwise defend as provided under the Fed. R. Civ. P. and that fact have been made to appear by the Affidavit of the attorney for the Plaintiffs;

The Clerk hereby enters the default of Defendant Didrikson Roofing & Construction d/b/a Scott Didrikson Construction, Inc. pursuant to Rule 55(a) of the Fed. R. Civ. P.

Dated this __1st__ day of ____September_____, 2015.


                        _s/L. Kamke, Deputy Clerk_____
                        Clerk of Court